IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00352-BNB

MALVERN WYATT TANNEHILL,

    Plaintiff,

v.

PROTECTO WRAP COMPANY, et al.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Malvern Wyatt Tannehill initiated this action while he was incarcerated at the Denver County Jail by filing *pro se* a Prisoner Complaint.  Mr. Tannehill claimed in the Prisoner Complaint that he had been subjected to employment discrimination prior to his incarceration.  On May 1, 2009, Mr. Tannehill filed an amended complaint against his former employer on the Court's Title VII Complaint form.  On May 5, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Tannehill to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  Mr. Tannehill was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

Mr. Tannehill has failed to file a second amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's May 5 order.  Therefore, the action will be dismissed without prejudice for failure to file a second amended complaint as directed.  Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are

dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this _18_ day of ___June___, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 09-cv-00352-BNB

Malvern Wyatt Tannehille
2323 Curtis St.
Denver, CO 80205

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _6/18/09_

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk